UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Midwest Veneer & Pressing, Inc.,

Plaintiff,

v.

Weyerhaeuser Company,

Defendant.

Civil File No. 02-224 PAM/JGL

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

The parties, through their undersigned counsel, hereby stipulate and agree as follows:

1. Defendant Weyerhaeuser Company was served with the Summons and Complaint on January 22, 2002; and

2. Defendant shall have an extension until February 28, 2002, in which to answer or otherwise respond to the Complaint.

Dated: Feb 7, 2002.

BRIGGS AND MORGAN, P.A.

Pat S. Williams

Patrick S. Williams (#196502)
2200 First National Bank Building
332 Minnesota Street
Saint Paul, MN 55101
(651) 223-6600

**Attorneys for Defendant Weyerhaeuser Company**

FEB 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1374877v1

Dated: February 6, 2002

BRUTLAG, HARTMANN & OKONESKI, P.A.

Michael L. Brutlag (#123225)
1100 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402
(612) 630-3203

**Attorneys for Plaintiff Midwest Veneer & Pressing, Inc.**

**ORDER**

Pursuant to the foregoing Stipulation, Defendant Weyerhaeuser Company shall have until February 28, 2002, in which to answer or otherwise respond to the Complaint.

**IT IS SO ORDERED.**

BY THE COURT:

Jonathan G. Lebedoff
Magistrate Judge

Dated: Feb. 11, 2002.