139837

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-224 (PAM/JGL) Case Title: Midwest Veneer v Weyerhaeuser v Plum Creek

**Affidavit of Movant**

I, David A. Orenstein, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice J. Thomas Richardson an attorney admitted to practice in the Western District of Washington, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Plum Creek in the case listed above. I am aware that the local rules of this court require ~~that I~~ participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 121447 Date: 6/14/02

**Affidavit of Proposed Admittee**

I, J. Thomas Richardson, am currently a member in good standing of the U.S. District Court for the Western District of Washington, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: J. Thomas Richardson Signature: [signature] Date: June 7, 2002

Attorney License Number: WA Bar No. 18437

Law Firm Name & Address: Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323

Telephone: ( ) 206-587-0700

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk
MMC

Date: JUN 17 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUN 17 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

139837

# UNITED STATES DISTRICT COURT

**District of Minnesota**
Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-224 (PAM/JGL) Case Title: Midwest Veneer v Weyerhaeuser v Plum Creek

**Affidavit of Movant**

I, David A. Orenstein, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Diana S. Shukis, an attorney admitted to practice in the Western District of Washington, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant Plum Creek in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 121447 MN Attorney License # — 6/14/02 Date

**Affidavit of Proposed Admittee**

I, Diana S. Shukis, am currently a member in good standing of the U.S. District Court for the Western District of Washington, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Diana S. Shukis Type/Print Name — Diana S. Shukis Signature — 6/7/02 Date

Attorney License Number: WA Bar No. 29716

Law Firm Name & Address: Cairncross & Hempelmann, P.S.
524 Second Avenue, Suite 500
Seattle, WA 98104-2323

Telephone: ( ) 206-587-0700

Motion Granted: [signature]
For the Court: Richard D. Sletten, Clerk

JUN 17 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JUN 17 2002
RICHARD D. SLETTEN, CLERK (Prohacvice.wpd) (9/01)
JUDGMENT ENTD
DEPUTY CLERK